IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PETER WRIGHT, | : | |
| | : | |
| Plaintiff | : | |
| v. | : | |
| | : | |
| METROPOLITAN LIFE INSURANCE COMPANY | : | Civil Action No. 1:07-cv-01808 RBW |
| | : | |
| and | : | |
| | : | |
| BEARINGPOINT, INC. LONG TERM DISABILITY PLAN, | : | |
| | : | |
| Defendants | : | |

**JOINT STIPULATION AND PROPOSED ORDER
EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND**

The parties, by and through undersigned counsel, hereby jointly stipulate and agree pursuant to Federal Rule of Civil Procedure 6(b) that Defendants Metropolitan Life Insurance Company and Bearingpoint, Inc. Long Term Disability Plan shall have until December 13, 2007 to answer, move, or otherwise respond to the Complaint.

| | |
|---|---|
| /s/ | /s/ |
| Scott B. Elkind (Bar No. MD43881) | Robert R. Niccolini (Bar No. MD24873) |
| Elkind & Shea | Adam H. Garner (Bar No. MD27648) |
| 801 Roeder Road, Suite 550 | McGuireWoods LLP |
| Silver Spring, Maryland 20910 | 7 Saint Paul Street, Suite 1000 |
| (301) 495-6665 | Baltimore, Maryland 21202 |
| | (410) 659-4400 |
| Attorneys for Plaintiff | |
| | Attorneys for Defendants |

It is SO ORDERED.

Date: _____, 2007

_____
Reggie B. Walton
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of November 2007, a copy of the foregoing Joint Stipulation and Proposed Order Extending Time to Answer, Move or Otherwise Respond was electronically served upon Scott B. Elkind, Elkind & Shea, 801 Roeder Road, Suite 550, Silver Spring, Maryland 20910.

/s/
Robert R. Niccolini

\4862617.1