McGuireWoods LLP
7 Saint Paul Street
Suite 1000
Baltimore, MD 21202-1671
Phone: 410.659.4400
Fax: 410.659.4599
www.mcguirewoods.com

Robert R. Niccolini
Direct: 410.659.4412

**McGUIREWOODS**

rniccolini@mcguirewoods.com
Direct Fax: 410.659.4489

March 26, 2008

**BY ELECTRONIC FILING**

The Honorable Reggie B. Walton
United States District Court
  for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

      Re:   *Peter Wright v. Metropolitan Life Insurance Co., et al.*
             *Civil Action No. 1:07-CV-01808 RBW*

Dear Judge Walton:

      I write to provide the Court with an initial status report in accordance with LCvR 16.3(d). As this matter was filed pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, *et seq.*, and presents an action for review on an administrative record, the parties are exempt from conducting a rule 26(f) conference and the other requirements of LCvR 16.3. The parties have, however, corresponded regarding this matter, and Defendants produced a copy of the applicable administrative record to Plaintiff's counsel on February 27, 2008.

      Given the fact that this case has been brought pursuant to ERISA and will be decided on the administrative record, the parties have agreed to the following proposed briefing schedule for their respective motions for summary judgment:

| | |
|---|---|
| Defendants' Motion for Summary Judgment | June 1, 2008 |
| Plaintiff's Opposition/Cross Motion for Summary Judgment | July 1, 2008 |
| Defendants' Reply Memorandum/Opposition | August 1, 2008 |
| Plaintiff's Reply Memorandum | August 15, 2008. |

March 26, 2008
Page 2

    In the event that this matter is not resolved on the basis of the parties' motions, Defendants would request that the Court schedule a teleconference in order to set a timetable for any further proceedings in this matter. In accordance with LCvR 16.3(d), the foregoing dates are also set forth in the enclosed proposed Scheduling Order.

    If the Court wishes to schedule a teleconference or hearing to discuss this matter further, Counsel stands ready to do so at the Court's direction.

    Thank you for your time and consideration in this matter.

                                     Sincerely,

                                     Robert R. Niccolini

Enclosure
RRN/AHG

cc:    Scott B. Elkind, Esquire (via CM/ECF)
        (counsel for Plaintiff)
       Adam H. Garner, Esquire (via CM/ECF)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER WRIGHT, :
 :
    Plaintiff :
 :
v. :
 :
METROPOLITAN LIFE INSURANCE : Civil Action No. 1:07-cv-01808 RBW
COMPANY :
 :
and :
 :
BEARINGPOINT, INC. LONG TERM :
DISABILITY PLAN, :
 :
    Defendants :

## SCHEDULING ORDER

Upon consideration of the Initial Status Report submitted by Defendants Metropolitan Life Insurance Company and BearingPoint, Inc. Long Term Disability Plan, it this ___ day of _____ 2008:

ORDERED, that the parties comply with the following briefing schedule in the above-captioned case:

| | |
|---|---|
| Defendants' Motion for Summary Judgment due | June 1, 2008 |
| Plaintiff's Opposition/Cross Motion for Summary Judgment due | July 1, 2008 |
| Defendants' Reply Memorandum/Opposition due | August 1, 2008 |
| Plaintiff's Reply Memorandum due | August 15, 2008 |

It is further ORDERED, that in the event that this matter is not resolved on the basis of the parties' motions, the Court will schedule a teleconference in order to establish a timetable for any further proceedings in this matter.

_____
The Honorable Reggie B. Walton
United States District Judge for the
   District of Columbia

\5235060.1